UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENDRA SWAIN,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>       Defendant. | No.   1:15-CV-3003-FVS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be closed.

DATED:  October 13, 2015

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By: *s/Cora Vargas*
                                              Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**